Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:   William H. Bolton                                               Case No. 09-62242

                                                                         Chapter 7
                  Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1.      Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.      The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3.      That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   August 4, 2011                                       William F. Schneider, Trustee


                                                 By:   **/s/ William F. Schneider**
                                                       William F. Schneider
                                                       P.O. Box 739
                                                       Lynchburg, VA  24505
                                                       434.528.0411
                                                       434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor<br>Address | Amount |
|---|---|
| West Virginia State Tax Division<br>P.O. Box 766<br>Charleston, WV  25323-0766 | $0.20 |